1  JAMES C. BROOKS (STATE BAR NO. 129680)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
3  Telephone:  213-629-2020
   Facsimile:   213-612-2499
4  Email: jbrooks@orrick.com

5  Attorneys for Plaintiff

6  DAVID C. HANSON
   KENT E. BALDAUF, JR.
7  THE WEBB LAW FIRM
   700 Koppers Building
8  436 Seventh Avenue
   Pittsburgh, PA  15219-1818
9  Telephone:  412-471-8815
   Facsimile:   412-471-4094

10

   BUB-JOO S. LEE (STATE BAR NO. 159002)
11 JAY JAE CHUNG (STATE BAR NO. 181003)
   LEE ANAV CHUNG LLP
12 555 West Fifth Street, 30th Fl.
   Los Angeles, CA  90013
13 Telephone:  213-341-1602
   Facsimile:   213-596-0260

14

   Attorneys for Defendant
15

16                 UNITED STATES DISTRICT COURT

17           CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 18  NCR CORPORATION, a Maryland corporation, | Case No.  CV 06-08038 ER(PLAx) |
| 19 | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| 20               Plaintiff, | |
| 21       v. | **[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH** |
| 22  NEWEGG INC., a Delaware corporation, | |
| 23               Defendant. | |

OHS East:160313122.2

# **STIPULATION**

IT IS HEREBY STIPULATED, by and between Plaintiff NCR Corporation ("NCR") and Defendant Newegg Inc. ("Newegg"), through their respective counsel of record, that:

1. NCR filed its Complaint in this action on December 18, 2006, asserting claims against Newegg;

2. Newegg filed an Answer and Counterclaims on April 9, 2007;

3. Because the parties reached a settlement in this action on or about September 29, 2007, NCR hereby dismisses its claims against Newegg with prejudice and Newegg hereby dismisses its counterclaims against NCR with prejudice pursuant to Fed. R. Civ. P. 41(a)(1); and

4. Each party will bear its own legal expenses, including without limitation attorneys' fees and costs.

Dated: 11/20/07

James C. Brooks
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____/s/_____
James C. Brooks
Attorneys for Plaintiff
NCR CORPORATION

Dated: 11/20/07

David C. Hanson
Kent E. Baldauf, Jr.
THE WEBB LAW FIRM

Bub-Joo S. Lee
Jay Jae Chung
LEE ANAV CHUNG LLP

_____/s/_____
Kent E. Baldauf, Jr.
Attorneys for Defendant
NEWEGG INC.

OHS East:160313122.2

- 3 -