1  JAMES C. BROOKS (STATE BAR NO. 129680)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
3  Telephone: 213-629-2020
   Facsimile:  213-612-2499
4  Email: jbrooks@orrick.com

5  Attorneys for Plaintiff

6  DAVID C. HANSON
   KENT E. BALDAUF, JR.
7  THE WEBB LAW FIRM
   700 Koppers Building
8  436 Seventh Avenue
   Pittsburgh, PA 15219-1818
9  Telephone: 412-471-8815
   Facsimile:  412-471-4094

10
   BUB-JOO S. LEE (STATE BAR NO. 159002)
11 JAY JAE CHUNG (STATE BAR NO. 181003)
   LEE ANAV CHUNG LLP
12 555 West Fifth Street, 30th Fl.
   Los Angeles, CA 90013
13 Telephone: 213-341-1602
   Facsimile:  213-596-0260

14
   Attorneys for Defendant
15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| NCR CORPORATION, a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWEGG INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 06-08038 ER(PLAx)<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE |

OHS West:260341420.1

# [PROPOSED] ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The claims of NCR Corporation against Newegg Inc. and the counterclaims of Newegg Inc. against NCR Corporation in this action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1); and

2. Each party shall bear its own costs and attorneys' fees.

Dated: NOV 27 2007

The Hon. Edward Rafeedie
United States District Judge